IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                      )
                                            )
Application for Exemption from the          )        Misc. Proc. #22-212
Electronic Public Access Fees               )
by Jaejin Lee                               )

# ORDER

This matter is before the Court upon the request by Mr. Jaejin Lee for an exemption from the fees imposed by the Electronic Public Access Fee Schedule (the "Fee Schedule") adopted by the Judicial Conference of the United States Courts.

The Court finds that Jaejin Lee is a Finance doctoral student at the University of Illinois at Urbana-Champaign. The Court further finds that Mr. Lee is within the class of users listed in the *Electronic Public Access Fee Schedule* as being eligible for a discretionary fee exemption. Additionally, Mr. Lee has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information, and he has shown that the research project is intended for scholarly research, is limited in scope, and is not intended for commercial purposes.

*AND NOW*, this **6th** day of ***June, 2022***, it is hereby **ORDERED** that:

1.  Jaejin Lee shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, solely to the extent that such use is incurred in the course of Mr. Lee's research for his project which focuses on investigation of the impact of high risks in communities (i.e., rates of violent crimes such as homicide or mass shootings) on household bankruptcy decisions. His study will explore that such threats to personal safety change residents' attitudes toward potential monetary risks and therefore, increasing violent crimes around their neighborhoods could shift households' credit decisions in ways that reduce their monetary risks, avoiding extremely stressful situations such as bankruptcy. Mr. Lee shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

2.  Additionally, the following limitations apply:

    a.  This fee exemption applies only to Mr. Jaejin Lee, PACER Account No. 6534775, and is valid only for the purposes stated above;

    b.  This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

      c.    Mr. Lee shall not sell, transfer, redistribute, or use for commercial purposes any data obtained as a result of receiving this exemption; and,

      d.    This exemption is valid until August 31, 2023, unless terminated earlier by the Court.

3.    This exemption may be revoked at the discretion of the Court at any time. The Clerk shall send a copy of this Order to the PACER Service Center.

_____dmk
CARLOTA M. BÖHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
6/6/22 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA